MINUTE ENTRY
JUDGE PORTEOUS
SECTION T

FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

APR 12   12 34 PM '00

WHYTE
CLERK

BEVERLY RILEY                                          CIVIL ACTION

VERSUS                                                NO. 00-0046

HMO LOUISIANA INC.                                    SECTION T

Service has not been made upon the following defendants:

SHEILA LUMBI AND PAUL L. LUMBI

_____

_____

_____

Fed. R. Civ. P. 4(m) provides:

If service of the summons and complaint is not made
upon a defendant within 120 days after the filing of
the complaint, the court, upon motion or on its own
initiative after notice to the plaintiff, shall dismiss
the action without prejudice as to that defendant or
direct that service be effected within a specified time;
provided that if the plaintiff shows good cause for the
failure, the court shall extend time for service for an
appropriate period.

Accordingly, unless service is made on the named defendants
within 120 days of the filing of the complaint or unless within
that time you show good cause **in writing** for having failed to do
so, plaintiff's claims against the named defendant(s) will be
dismissed without further notice.

New Orleans, Louisiana, this 11th of APRIL, 2000.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

APR 1 3 2000