

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | : | CIVIL ACTION NO. 00-0046 |
| VERSUS | : | SECTION "T" |
| HMO LOUISIANA, INC. AND SHEILA LUMBI WIFE OF AND PAUL L. LUMBI D/B/A P&S HOME HEALTH SERVICES | : : | MAGISTRATE 1 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

**NOW INTO COURT,** through undersigned counsel, comes, HMO Louisiana, Inc. who moves this Court for an extension of time until July 17, 2000 within which to file its responsive pleadings to plaintiff's complaint. Counsel for plaintiff has been contacted and has no objection to this extension.

Respectfully submitted,

DATE OF ENTRY
JUL 1 4 2000

RICHARD G. DUPLANTIER, JR. (#18874)
JOHN E. W. BAAY, II (# 22928)
GALLOWAY, JOHNSON, TOMPKINS
  BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
ATTORNEYS FOR HMO LOUISIANA,
INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | : | CIVIL ACTION NO. 00-0046 |
| VERSUS | : | SECTION "T" |
| HMO LOUISIANA, INC. AND SHEILA LUMBI WIFE OF AND PAUL L. LUMBI D/B/A P&S HOME HEALTH SERVICES | : : | MAGISTRATE 1 |

## ORDER

Considering the foregoing Motion;

IT IS ORDERED that defendant, HMO Louisiana, Inc., is hereby granted additional time until Monday, July 17, 2000, in which to file responsive pleadings.

New Orleans, Louisiana this 13th day of July, 2000.

_____
JUDGE