

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION    "T" |
| | * | |
| HMO LOUISIANA, INC. AND SHEILA | * | MAG. (1) |
| LUMBI WIFE OF AND PAUL L. LUMBI | * | |
| D/B/A P&S HOME HEALTH SERVICES | * | **TRIAL BY JURY DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ENTRY OF DEFAULT

NOW INTO COURT, through undersigned counsel comes Plaintiff, Beverly Riley, for the

purpose of filing this Request For Entry of Default pursuant to Rule 55(a) of the Federal Rules.

This request is brought on the basis that Plaintiff obtained personal service of the Citation and

Complaint on Defendant, Paul L. Lumbi, on April 15, 2000. **See Exhibit A, Return of Service of**

**Summons and Affidavit of Service.** This service was in accordance with the provisions of Rule

4(j)(2) of the Federal Rules. The time period for the Defendant to file an answer has expired and said

defendant has not filed an answer or other responsive pleadings. Additionally on January 26, 2000

Defendant, Paul L. Lumbi was sent via certified mail a Waiver of Summons and failed to claim said

certified mail. **See Exhibit B, Copy of Envelope Marked Unclaimed.** Later Defendant, Paul L.

DATE OF ENTRY

JUL 1 4 2000



Lumbi, was personally served on April 15, 2000, more than thirty (30) days ago, and he still has not filed an answer or any other responsive pleadings herein.

WHEREFORE, Plaintiff prays that this Honorable Court enter a default herein against Defendant, Paul L. Lumbi.

Respectfully submitted,

By _____
Clement P. Donelon, Bar No. 4996
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana 70006
(504) 887-0077

2

# United States District Court

EASTERN _____ DISTRICT OF _____ LOUISIANA

APR 2ᴜ  1 4.7 ꞏʜ '00

LᴜRᴜ:ꞏ     ꞏᴜꞏꞏᴜ

BEVERLY RILEY

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **00-0046**

HMO LOUISIANA, INC., AND SHEILA
LUMBI WIFE OF AND PAUL L. LUMBI
D/B/A P&S HOME HEALTH SERVICES

**SECT. T MAG. 1**

TO: (Name and address of defendant)

Paul L. Lumbi
51 Park Timbers Drive
New Orleans, Louisiana  70131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Clement P. Donelon
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana  70006
(504) 887-0077

an answer to the complaint which is herewith served upon you, within _____ **20** _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

LORETTA G. WHYTE

JAN  7 2000

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK



FINAL NOTICE

NR J
3/9
A167

Paul L. Lumbi
51 Park Timber Drive
New Orleans, Louisiana 70131

CERTIFIED MAIL: Z 376 706 338

CERTIFIED

Z 376 706 338

MAIL

FINAL NOTICE
1-3-
2-12

UNCLAIMED

CLEMENT P. DONELON
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana 70006

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION    "T" |
| | * | |
| HMO LOUISIANA, INC. AND SHEILA | * | MAG. (1) |
| LUMBI WIFE OF AND PAUL L. LUMBI | * | |
| D/B/A P&S HOME HEALTH SERVICES | * | **TRIAL BY JURY DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF PLAINTIFF'S COUNSEL**

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

      **BEFORE ME,** the undersigned authority, personally came and appeared:

**CLEMENT P. DONELON**

who after first being duly sworn did depose and say that:

1.     Affiant has personal knowledge regarding the facts stated in this affidavit.

2.     Affiant is Counsel of Record for Plaintiff Beverly Riley.

3.     Affiant stated that as reflected in the Court's record herein on April 15, 2000, Bruce Conrad, Deputy Sheriff Orleans Parish Civil Sheriff's Office, personally served Defendant Paul L. Lumbi with a Summons in a Civil Case and with a copy of Plaintiff's Complaint at Defendant's residence which is located at #51 Park Timbers Drive, New Orleans, Louisiana 70131.

4.    Affiant stated Defendant Paul L. Lumbi has not filed either an Answer or any other responsive pleadings herein.

_____
Clement P. Donelon, Bar No. 4996
Attorney of Record for Plaintiff Beverly Riley

SWORN TO AND SUBSCRIBED BEFORE

ME THIS ___10th___ DAY OF JULY, 2000.

_____
NOTARY PUBLIC

2

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION    "T" |
| | * | |
| HMO LOUISIANA, INC. AND SHEILA | * | MAG. (1) |
| LUMBI WIFE OF AND PAUL L. LUMBI | * | |
| D/B/A P&S HOME HEALTH SERVICES | * | **TRIAL BY JURY DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE REQUEST FOR DEFAULT** filed herein by Plaintiff and the

Affidavit submitted by Clement P. Donelon, Plaintiff's Counsel of Record herein, **IT IS ORDERED**

that a default be entered herein pursuant to Federal Rule 55(a) against Defendant Paul L. Lumbi,

herein.

Entered this __14th__ day of July, 2000, New Orleans, Louisiana.

By_____

DEPUTY CLERK OF COURT

_____
LORETTA G. WHYTE, CLERK
**CLERK OF COURT**