MINUTE ENTRY
JUDGE PORTEOUS
SECTION T

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 11 AM 9: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEVERLY RILEY                                        CIVIL ACTION

VERSUS                                               NO. 00-0046

HMO LOUISIANA, ET AL                                 SECTION T

## O R D E R

More that 120 days have elapsed since the filing of the complaint in this action and counsel for plaintiff having failed to show good cause why service of process has not been effected upon the named defendant in accordance with the Court's notice dated **APRIL 12, 2000.**

Accordingly,

IT IS ORDERED that defendant, **Sheila Lumbi**, is dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. See Redding v. Essex Crane Rental Corp. of Alabama, 752 F.2nd 1077 (5th. Cir. 1985).

New Orleans, Louisiana, this 8th day of AUGUST, 2000.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 1 1 2000

___Fee_____
___Process___
X _Dktd_____
___CtRmDep___
Doc.No. 10