FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 28 PM 1:29

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**JUDGE PORTEOUS**
**SEPTEMBER 27, 2000**

00-46

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

The following cases will be called on **OCTOBER 11, 2000 at 10:00 a.m.** before the Honorable G. Thomas Porteous, Jr., United States District Judge, Room C-224, 500 Camp St., New Orleans, Louisiana.

Counsel are ordered to enter a default against defendants who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with F.R.Civ.P. 41(b)

00-2086 HONTEX ENT, INC. V. CSX INTERMODAL TERMINAL
    ATTY: D. CARIMI, D. KELLY, B. KINGSDORF
    NEED ANSWER FROM MAERSK, INC., MAERSK SEA-LAND, INC., SEA-LAND SERVICES, INC. AND EVER CONCORD LINES, INC.

00-1291 DEREK BIANCHINI V. USA
    ATTY: H. WIDMANN, F. HINRICHS
    NEED ANSWER FROM ALL DEFENDANTS.

00-0477 STEWART-STIRLING ONE, LLC V. TRICON GLOBAL RESTAURANTS, INC.
    ATTY: G. JONES, III, L. KILGORE, III, D. HOFFMAN, S. SEILER, F.M. STOLLER
    NEED ANSWER FROM TRICON GLOBAL, KENTUCKY FRIED CHICKEN, COOPER INDUSTRIES, MCGRAW EDISON, CO. VIC MANUFACTURING CO.

00-0501 DEJOHN SCOTT V. CITY OF NEW ORLEANS
    ATTY: D. PENNINGTON, P. BOSSETTA,
    NEED ANSWER FROM STANLEY DOUCETTE, RAYMOND GENOVESE, GWENDOLYN NORWOOD.

00-0647 JOSEPH COE V. BP AMOCO CORP.
    ATTY: F. GISEVIUS. JR., S. FENDLER, J. HOLMES, P. POLITZ
    NEED ANSWER FROM ALLIANCE REFINERY.

DATE OF ENTRY
SEP 29 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

99-0904 ITOCHU INTERNATIONAL, INC. V. TAISHO MARINE AND FIRE INS.
   ATTY: SIDNEY DEGAN, III, D. KING
   NEED ANSWER FROM DAIICHI CHUO KISEN KAISHA

98-3730 KATHERINE PENDERGAST V. JOHN LEAL
   ATTY: R. CLARKE, J. MOLAISON, JR.
   NEED ANSWER FROM JOHN LEAL.

00-1066 IRON WORKERS WELFARE FUND V. LEE T. ELLIS
   ATTY: M. CANGEMI, L. ELLIS, B. ELLIS
   NEED ANSWER FROM LEE T. ELLIS AND BARBARA D. ELLIS

99-3696 IRON WORKERS MID-SOUTH PENSION FUND V. WOLFE STEEL ERECTORS
   ATTY: M. CANGEMI,
   NEED ANSWER FROM WOLFE STEEL ERECTORS

00-0046 BEVERLY RILEY V. HMO LOUISIANA, INC.
   ATTY: C. DONELON, R. DUPLANTIER, JR.
   NEED ANSWER FROM PAUL LUMBI

_____
UNITED STATES DISTRICT JUDGE