FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 12 AM 11: 37

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**JUDGE PORTEOUS**
**SEPTEMBER 27, 2000**

00-46T

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

The following cases were called on OCTOBER 11, 2000 at 10:00 a.m. before the Honorable G. Thomas Porteous, Jr., United States District Judge, Room C-224, 500 Camp St., New Orleans, Louisiana.
   The COURT ORDERS that:

00-2086  HONTEX ENT, INC. V. CSX INTERMODAL TERMINAL
   ATTY: D. CARIMI, D. KELLY, B. KINGSDORF
   NEED ANSWER FROM MAERSK, INC., MAERSK SEA-LAND, INC., SEA-LAND SERVICES, INC. AND EVER CONCORD LINES, INC.
ORDERED: PASSED FOR 30 DAYS

00-0477  STEWART-STIRLING ONE, LLC V. TRICON GLOBAL RESTAURANTS, INC.
   ATTY: G. JONES, III, L. KILGORE, III, D. HOFFMAN, S. SEILER, F.M. STOLLER
   NEED ANSWER FROM TRICON GLOBAL, KENTUCKY FRIED CHICKEN, COOPER INDUSTRIES, MCGRAW EDISON, CO.VIC MANUFACTURING CO.
ORDERED: PASSED TO NOVEMBER 8, 2000

00-0501  DEJOHN SCOTT V. CITY OF NEW ORLEANS
   ATTY: D. PENNINGTON, P. BOSSETTA,
   NEED ANSWER FROM STANLEY DOUCETTE, RAYMOND GENOVESE, GWENDOLYN NORWOOD.
ORDERED: PASSED FOR 30 DAYS

00-0647  JOSEPH COE V. BP AMOCO CORP.
   ATTY: F. GISEVIUS. JR., S. FENDLER, J. HOLMES, P. POLITZ
   NEED ANSWER FROM ALLIANCE REFINERY.
ORDERED: PASSED FOR 30 DAYS

99-0904  ITOCHU INTERNATIONAL, INC. V. TAISHO MARINE AND FIRE INS.
   ATTY: SIDNEY DEGAN, III, D. KING
   NEED ANSWER FROM DAIICHI CHUO KISEN KAISHA
ORDERED: PASSED FOR 5 DAYS

DATE OF ENTRY
OCT 12 2000

98-3730 KATHERINE PENDERGAST V. JOHN LEAL
    ATTY: R. CLARKE, J. MOLAISON, JR.
    NEED ANSWER FROM JOHN LEAL.
ORDERED: DEFAULT FILED.

00-1066 IRON WORKERS WELFARE FUND V. LEE T. ELLIS
    ATTY: M. CANGEMI, L. ELLIS, B. ELLIS
    NEED ANSWER FROM LEE T. ELLIS AND BARBARA D. ELLIS
ORDERED: PASSED FOR 30 DAYS

99-3696 IRON WORKERS MID-SOUTH PENSION FUND V. WOLFE STEEL ERECTORS
    ATTY: M. CANGEMI,
    NEED ANSWER FROM WOLFE STEEL ERECTORS
ORDERED: PASSED FOR 30 DAYS

00-0046 BEVERLY RILEY V. HMO LOUISIANA, INC.
    ATTY: C. DONELON, R. DUPLANTIER, JR.
    NEED ANSWER FROM PAUL LUMBI
ORDERED: PASSED FOR 30 DAYS

_____
UNITED STATES DISTRICT JUDGE