

```
                  FILED
             U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

             2000 OCT 23  AM 9: 45

               LORETTA G. WHYTE
                    CLERK
```

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION   "T" |
| HMO LOUISIANA, INC. AND SHEILA LUMBI WIFE OF AND PAUL L. LUMBI D/B/A P&S HOME HEALTH SERVICES | * * | MAG. (1) |

* * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

Considering the default entered herein on July 14, 2000 and Plaintiff's Motion for Entry of Judgment in supporting affidavit and exhibits, it is hereby ORDERED that there by judgment entered herein in favor of Plaintiff Beverly Riley and against Defendant Paul L. Lumbi for the sum of $26,171.00 together with legal interest from the date of this judgment and Plaintiff's costs herein.

Read, Signed and Rendered this _____ day of _____, 2000, New Orleans, Louisiana.

DATE OF ENTRY
OCT 23 2000

DISTRICT JUDGE

```
___ Fee_____
___ Process__
 X  Dktd_____
 √  ___Dep___
    Doc.No.__14__
```