UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 NOV 22  PM 2:08
LORETTA G. WHYTE
CLERK

BEVERLY RILEY                                    CIVIL ACTION

VERSUS                                           NO. 00-46

HMO LOUISIANA, INC., ET AL.                      SECTION "T" (1)

### ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE

**IT IS ORDERED** that, in accordance with Rule 73.3 of the Rules of this Court, the plaintiff's Motion to Assess Attorney's Fees is hereby referred to United States Magistrate Judge for the Eastern District of Louisiana Sally Shushan for further disposition.

New Orleans, Louisiana, this 21 day of November, 2000.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 2 2 2000