```
           FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

       2000 NOV 28  AM 8: 29

         LORETTA G. WHYTE
               CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 27, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY RILEY | CIVIL ACTION |
| VERSUS | NO: 00-0046 |
| HMO LOUISIANA, INC., ET AL | SECTION: "T"(1) |

Before the undersigned is the motion of the plaintiff, Beverly Riley ("Riley") to assess attorney's fees against the defendant, Paul L. Lumbi ("Lumbi"). Rec. doc. 16. A default judgment was entered against Lumbi on October 23, 2000. Rec. doc. 14. The motion to assess attorney's fees is before the undersigned on an order of reference in accord with L.R. 73.3. Rec. doc. 17. Riley has requested an additional two weeks to supplement her motion for attorney's fees.

It is ORDERED that Riley is GRANTED an additional fourteen (14) days from the entry of this order within which to supplement her motion to assess attorney's fees.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
NOV 28 2000