FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 28 PM 2:03

LORETTA G. WHYTE
CLERK

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| --- | --- | --- |
| VERSUS | * | SECTION "T" |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ASSESS ATTORNEY'S FEES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Beverly Riley, for the purpose of filing this Motion to File a Supplemental Memorandum in Support of Motion to Assess Attorney's Fees.

This Motion is filed for the purpose of supplementing Plaintiff's Motion to Assess Attorney's Fees.

WHEREFORE Plaintiff, Beverly Riley, respectfully requests leave of court to file a Supplemental Memorandum in Support of Plaintiff's Motion to Assess Attorney's Fees herein.

DATE OF ENTRY
NOV 29 2000



Respectfully submitted,

By: _____
Clement P. Donelon, Bar No. 4996
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana 70006
(504) 887-0077

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U. S. Mails, postage prepaid and properly addressed, on this 28th day of November, 2000.

_____

---

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION   "T" |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |

* * * * * * * * * * * * * * * * * * * * *

### ORDER

CONSIDERING PLAINTIFF'S Motion to File a Supplemental Memorandum in Support of Motion to Assess Attorney's Fees, Plaintiff, Beverly Riley is **GRANTED** Leave of Court to file Supplemental Memorandum in Support of Motion to Assess Attorney's Fees.

Signed this 28 day of November, 2000, at New Orleans, Louisiana.

_____
MAGISTRATE JUDGE