```
              UNITED STATES DISTRICT COURT
                        FILED
                    DEC  7 2000
              EASTERN DISTRICT OF LOUISIANA
                    Loretta G. Whyte
                         Clerk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BEVERLY RILEY                                CIVIL ACTION

VERSUS                                       NO. 00-0046

HMO LOUISIANA, INC.                          SECTION "T"


## PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on DECEMBER 19, 2000 at 3:15 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

_____
RICHARD E. WINDHORST, III
COURTROOM DEPUTY, SECTION T

NOTICE:    COUNSEL ADDING NEW PARTIES SUBSEQUENT TO
           THE MAILING OF THIS NOTICE SHALL NOTIFY
           SUCH NEW PARTY TO APPEAR AS REQUIRED BY
           THIS NOTICE.

           COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST
           JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE,
           A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF
           THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH
           A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A
           SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE,
           ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE
           SUCH A CONFERENCE DESIRABLE.

                                              __Fee_____
                                              __Pr0cess__
                                              _XDktd_____
                                              __CtRemDep_
                                              Doc. No.___