FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -8 PM 2: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION "T" |
| HMO LOUISIANA, INC. AND SHIELA LUMBI WIFE OF AND PAUL L. LUMBI D/B/A P& S HOME HEALTH SERVICES | * | MAG. (1) |
| | * | JUDGE PORTEOUS |
| | * | MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes John E.W. Baay II, attorney of record for Defendant, HMO LOUISIANA, INC., in the above-numbered and entitled cause, and respectfully moves this Court to allow Richard G. Duplantier, Jr., to withdraw as counsel of record for Defendant, HMO LOUISIANA, INC. The undersigned counsel will continue as counsel for Defendant.

Respectfully submitted,

STEEN, MCSHANE & WILLIAMSON, L.L.C.

By: _____
JOHN E.W. BAAY II (#22928)
1100 Poydras Street
1250 Energy Centre
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440
Facsimile: (504) 599-8459

DATE OF ENTRY
JAN 1 0 2001

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of January, 2001, served a copy of the foregoing pleading, by mailing the same by United States mail, properly addressed, and first class postage prepaid, or by hand delivery on counsel for all parties.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION "T" |
| | * | |
| HMO LOUISIANA, INC. AND SHIELA | * | MAG. (1) |
| LUMBI WIFE OF AND PAUL L. LUMBI | * | |
| D/B/A P& S HOME HEALTH SERVICES | * | JUDGE PORTEOUS |
| | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING MOTION TO WITHDRAW:

IT IS ORDERED that Richard G. Duplantier, Jr, is hereby withdrawn as counsel of record for Defendant HMO LOUISIANA, INC.

New Orleans, Louisiana, this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE