```
                                                    FILED
                                              U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                              2001 JAN 30  AM 10: 52

                                               LORETTA G. WHYTE
                                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY RILEY | CIVIL ACTION |
| VERSUS | NO: 00-0046 |
| HMO LOUISIANA, INC., ET AL | SECTION: "T"(1) |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion of the plaintiff, Beverly Riley, for attorney's fees is GRANTED, and Beverly Riley is awarded attorneys' fees of $2,405.00 from Paul L. Lumbi.

New Orleans, Louisiana, this 30th day of January, 2000.

DATE OF ENTRY
JAN 3 0 2001

UNITED STATES DISTRICT JUDGE

```
Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc.No.___25___
```