

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION "T" |
| | * | |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Beverly Riley, for the purpose of filing this Motion to Compel.

This Motion is being filed for the purpose of having this Honorable Court issue an order compelling Defendant, HMO Louisiana, Inc., to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents and Plaintiff's Second Set of Interrogatories and Request for Production of Documents which were served on Defendant through its counsel of record herein on or about May 7, 2001 and May 11, 2001, respectively and compelling Defendant to pay Plaintiff's costs and attorney's fees associated with filing this Motion. **See Exhibits A & B, Plaintiff's First and Second Set of Interrogatories and Request for Production of Documents.**

Wherefore Plaintiff Beverly Riley respectfully prays that this Honorable Court issue an order compelling Defendant, HMO Louisiana, Inc., fully and adequately respond to Plaintiff's First and



Second Set of Interrogatories and First and Second Request for Production of Documents.

Respectfully submitted,

*[signature]*

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

## LOCAL RULE 37.1 CERTIFICATE

I do hereby certify that on Monday, June 11, 2001 I conferred by telephone with John E. Baay, II, counsel for Defendant HMO Louisiana, Inc., for the purpose of amicably resolving the issues presented by Plaintiff's First and Second discovery requests. However, counsel for Defendant has failed to provide responses to said discovery despite representing that he would do so.

*[signature]*

CLEMENT P. DONELON

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION   "T" |
| | * | |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE ABOVE AND FOREGOING, it is hereby ORDERED that Defendant respond to Plaintiff's discovery requests before close of business on the _____ day of _____, 2001.

Signed this _____ day of _____, 2000, at New Orleans, Louisiana.

_____
MAGISTRATE JUDGE

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION "T" |
| | * | |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

### FACTS

On or about Monday, May 7, 2001, Plaintiff's counsel served his First Set of Interrogatories and First Request for Production of Documents on counsel for Defendant HMO Louisiana, Inc. (HMO). On or about Friday, May 11, 2001, Plaintiff's counsel served his Second Set of Interrogatories on counsel for Defendant HMO. To date, counsel for Defendant HMO has not responded to either Plaintiff's first or his second discovery requests. On Monday, June 11, 2001, Plaintiff's counsel contacted counsel for Defendant HMO by telephone for the purpose of amicably attempting to get him to respond to his discovery requests despite Defendant's counsel's representations that he would provide responses to Plaintiff's discovery requests, counsel for HMO has failed to do so.

## ARGUMENT

Besides providing this Court with authority to issue an order compelling Defendant HMO to respond to Plaintiff's two discovery requests, FRCP 37 also grants the Court authority to order Defendant to pay the Plaintiff reasonable expenses, including attorney's fees, for having to file this Motion.

Respectfully submitted,

*[signature]*

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

---

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on this 21st day of June, 2001

*[signature]*

---

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0046 |
| HMO LOUISIANA, INC., ET AL | * | SECTION "T"   MAG. (1) |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff's Motion to Compel will come before the Honorable Sally Shushan, on July 11, 2001 at 9:00 a.m. or as soon there after as counsel may be heard.

Respectfully submitted,

_____
CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

---

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S Mails, postage prepaid and properly addressed, on this 21st day of June 2001.

_____

## CLEMENT P. DONELON
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana 70006
Telephone: (504) 887-0077
Fax: (504) 887-0078

May 4, 2001

Mr. John E. W. Baay II
1100 Poydras Street
1250 Energy Centre
New Orleans, Louisiana 70163-1250

       Re:    <u>Beverly Riley v. HMO Louisiana, et al</u>,
              U.S.D.C. No. 00-0046, Section "T"

Dear Mr. Baay:

    Enclosed herein please find Plaintiff's Interrogatories and Request for Production of Documents which is directed to your client, HMO Louisiana, Inc. in regard to the above-styled case. I trust that you will respond within the time delays allowed by law.

    If you have any questions or concerns, please do not hesitate to give me a call.

    With kindest regards.

                                         Very truly yours,

                                         CLEMENT P. DONELON

CPD/cms
Enclosures

EXHIBIT A

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION  "T" |
| | * | |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   Defendant, HMO Louisiana, Inc.
    Through its Attorney of Record:
    John W. Baay, II
    1100 Poydras Street
    1250 Energy Centre
    New Orleans, Louisiana 70163-1250

## INTERROGATORIES

Pursuant to Rule 26 et seq of the Federal Rules, you are required to respond in writing to the following discovery requests within 30 days of service of this request.

1.   State whether Defendant HMO Louisiana, Inc. ever provided group health insurance coverage to either P&S Home Health Services or its employees and if it did, provide the following:

        a)      The policy number of the HMO Louisiana policy;

        b)      The term or period of said policy;

        c)      The date said policy terminated; and

        d)      The reason said policy was terminated.

2. If HMO Louisiana did provide group health insurance coverage to either Home Health Services (P&S), or its employees, state whether employees of P&S were afforded the opportunity to continue coverage under HMO Louisiana's policy after said policy was terminated and if they were, explain how employees of P&S were notified of their right to continue their coverage under said policy.

3. State whether HMO Louisiana or any of its agents or employees authorized or pre-certified for payment the surgery which was performed on Plaintiff Beverly Riley on or about December 14, 1998, and if it did, state and fully explain why HMO Louisiana did not pay for the medical services rendered on behalf of Plaintiff in connection with said surgery.

4. State whether P&S Home Health paid any premiums for the group health insurance policy which HMO Louisiana issued to P&S and/or its employees and if it did provide the following:

        a)      The date(s) of said payments; and

        b)      The amount of each payment.

### REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure, you are required to provide the following documents to counsel for Plaintiff within 30 days of this request.

1. A copy of any and all group health insurance policies issued by HMO Louisiana to P&S

Home Health Services and/or its employees.

2. A copy of any group health insurance booklets or plan description summaries (PDS) which HMO Louisiana prepared for and/or distributed to P&S Home Health Services and/or its employees.

3. Provide a copy of all documents which indicate all claims submitted to HMO Louisiana by P&S Home Health Services or any of its employees pursuant to the group health insurance policy which HMO Louisiana issued to P&S Home Health and which show action(s) taken by HMO Louisiana on said claim(s).

Respectfully submitted,

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on this ____ day of _____, 2001.

---

3

**CLEMENT P. DONELON**
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana 70006
Telephone: (504) 887-0077
Fax: (504) 887-0078

May 10, 2001

Mr. John E. W. Baay II
1100 Poydras Street
1250 Energy Centre
New Orleans, Louisiana 70163-1250

        Re:    Beverly Riley v. HMO Louisiana, et al,
                  U.S.D.C. No. 00-0046, Section "T"

Dear Mr. Baay:

     Enclosed herein please find Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents which is directed to your client, HMO Louisiana, Inc. in regard to the above-styled case. I trust that you will respond within the time delays allowed by law.

     If you have any questions or concerns, please do not hesitate to give me a call.

     With kindest regards.

                                        Very truly yours,

                                        Clement P. Donelon/cms
                                        CLEMENT P. DONELON

CPD/cms
Enclosures



EXHIBIT B

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION "T" |
| HMO LOUISIANA, INC.. ET AL | * | MAG. (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

TO:  Defendant, HMO Louisiana, Inc.
     Through its Attorney of Record:
     John W. Baay, II
     1100 Poydras Street
     1250 Energy Centre
     New Orleans, Louisiana 70163-1250

### INTERROGATORIES

Pursuant to Rule 26 et seq of the Federal Rules, you are required to respond in writing to the following discovery requests within 30 days of service of this request.

1.  Did Defendant HMO Louisiana ever offer Plaintiff the right to continue health insurance coverage after it terminated the group policy that it provided to P & S Home Health Services, and if it did provide the following:

a) Date that it offered Plaintiff the opportunity to continue coverage;

b) How offer of continued coverage was made known to the Plaintiff; and

c) Whether the Plaintiff accepted the offer and continued her coverage.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure, you are required to provide the following documents to counsel for Plaintiff within 30 days of this request.

1. Provide a copy of all documents which indicate that Plaintiff was given an opportunity to continue her health insurance coverage after Defendant HMO Louisiana terminated the group policy which it provided to P & S Home Health Services?

Respectfully submitted,

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S Mails, postage prepaid and properly addressed, on this ___ day of _____ 2001