```
             FILED
       U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

      2001 JUL -5 AM 11:43

        LORETTA G. WHYTE
             CLERK
```

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION    "T" |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |

* * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MOTION TO EXTEND THE DEADLINE
### FOR FILING WITNESS AND EXHIBIT LISTS

NOW INTO COURT through undersigned counsel, comes Plaintiff, Beverly Riley, for the purpose of filing this Motion to Extend the Deadline for Filing Witness and Exhibits Lists herein.

The deadline for filing witness and exhibit lists was Monday, June 18, 2001, and Plaintiff seeks a three week extension of this deadline or until Monday, July 9, 2001. Both parties have inadvertently missed this deadline.

Wherefore Plaintiff respectfully prays that this Honorable Court issue an order extending the deadline for filing witness and exhibit lists herein until Monday, July 9, 2001.



DATE OF ENTRY
JUL 1 0 2001



Respectfully submitted,

*[signature: Clement P. Donelon]*

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

---

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U S Mails, postage prepaid and properly addressed, on this 5th day of July, 2001

*[signature: Clement P. Donelon]*

---

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION "T" |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGONE MOTION, IT IS ORDERED that the deadline for filing witness and exhibit lists herein is extended until Monday, July 9, 2001.

Signed this ___9th___ day of July, 2001, New Orleans, Louisiana.

_____
JUDGE