FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 10  AM 8: 57

LORETTA G. WHYTE
CLERK

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
|---|---|---|
| | * | |
| VERSUS | * | SECTION    "T" |
| | * | |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel comes Plaintiff, Beverly Riley, for the purpose of filing Plaintiff's Witness and Exhibit List:

**I.    PLAINTIFF'S WITNESS LIST**

 **A.    Will Call Witnesses**

1.  Beverly Riley

 **B.    May Call Witnesses**

1.  A Representative of Defendant HMO Louisiana, Inc.

2.  A Representative of Pendleton Memorial Hospital

3.  Rose Florida

4.  A. Douglas Vickers

5.  Sheila Lumbi



6. Paul Lumbi

7. Charles Rene, M.D.

8. Joseph F. Mancuso, M.D.

9. A Representative of IMG Health Network

10. A Representative of Anesthesia East, Inc.

II. **PLAINTIFF'S EXHIBIT LIST**

1. A certified copy of the medical records, reports and bills of Dr. Charles Rene, M.D. regarding his treatment of the Plaintiff during the period of November 1, 1998 through January 31, 1999. Plaintiff intends to introduce these documents pursuant to FRE 803 (6) and 902 (11).

2. A certified copy of the medical records, reports and bills of Pendleton Memorial Methodist Hospital regarding Plaintiff's hospitalization from on or about December 14, 1998 through on or about December 16, 1998. Plaintiff intends to introduce these documents pursuant to FRE 803 (6) and 902 (11).

3. A certified copy of the medical records, reports and bills of Dr. Joseph Mancuso, M.D. regarding his treatment of the Plaintiff during the period of November 1, 1998 through January 31, 1999. Plaintiff intends to introduce these documents pursuant to FRE 803 (6) and 902 (11).

4. Letter of Rose Florida, Defendant's Corporate Compliance Specialist, to Jenny Lambert dated March 18, 1999 regarding Beverly Riley.

5. A copy of HMO Louisiana, Inc./Blue Cross/Blue Shield Group Health Insurance Policy Number 4378439591.

6. Certificate of coverage issued by HMO Louisiana, Inc. to Plaintiff dated January 26, 1999.

7. A certified copy of the records, reports and bills of Anesthesia East, Inc. regarding medical treatment and/or services rendered to or on behalf of the Plaintiff on or about December 14, 1998. Plaintiff intends to introduce these documents pursuant to FRE 803 (6) and 902 (11).

8. All Plaintiff's discovery requests and all Defendant's responses thereto.

9. All documents obtained from Defendants in discovery.

10. All depositions taken herein.

11. All documents which show that Defendant precertified the surgery which Plaintiff underwent on or about December 14, 1998.

12. Letter dated December 11, 1998 from HMO Louisiana, Inc. to Beverly Riley advising her that her December 14, 1998 surgery had been precertified.

Respectfully submitted,

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

CERTIFICATE OF SERVICE
I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on this ___ day of _____, 2001.