FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -9 PM 4:45

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION "T" |
| | * | |
| HMO LOUISIANA, INC. AND SHIELA | * | MAG. (1) |
| LUMBI WIFE OF AND PAUL L. LUMBI | * | |
| D/B/A P&S HOME HEALTH SERVICES | * | JUDGE PORTEOUS |
| | * | |
| | * | MAGISTRATE SHUSHAN |

### WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Defendant HMO LOUISIANA, INC., who respectfully submits the following Witness and Exhibit lists:

### WITNESS LIST

Defendant may call the following witnesses to testify at the trial of this matter.

1. Val Cowart or a representative in similar capacity with Defendant;

2. Any witness listed by Plaintiff.

### EXHIBIT LIST

Defendant may use the following exhibits at the trial of this matter.

1. A certified copy of Defendant's policy number 3478439591;

2. All explanations of benefits from Defendant to Plaintiff;



3.  All correspondence between Defendant and Plaintiff;

4.  All correspondence between HMO Louisiana and Sheila Lumbi or Paul Lumbi, individually or doing business as P&S Home Health Services;

5.  Any exhibit listed by Plaintiff.

> Respectfully submitted,
>
> STEEN, MCSHANE & WILLIAMSON, L.L.C.
>
> By: _____
> JOHN E.W. BAAY II (#22928)
> 1100 Poydras Street
> 1250 Energy Centre
> New Orleans, Louisiana 70163-1250
> Telephone: (504) 599-8440
> Facsimile: (504) 599-8459

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of July, 2001, served a copy of the foregoing pleading, by mailing the same by United States mail, properly addressed, and first class postage prepaid, or by hand delivery on counsel for all parties.

_____