MINUTE ENTRY
JUDGE PORTEOUS
August 21, 2001

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 21 PM 3:57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY RILEY | CIVIL ACTION |
| VERSUS | 00-46 |
| HMO LOUISIANA, INC., ET AL. | SECTION "T"(1) |

### ORDER

A Final Pre-Trial Conference was held on this date. In attendance were:

**Clement P. Donelon**
Counsel for Plaintiff

**John E.W. Baay, II**
Counsel for Defendant

Due to a Court conflict, the trial in the above-captioned matter scheduled to commence before Judge Porteous on Monday, August 27, 2001 be, and the same is hereby, **CONTINUED**. Furthermore, the parties mutually agreed to proceed with a trial by jury before the Magistrate Judge. Accordingly, the parties are hereby **ORDERED** to contact Magistrate Judge Shushan to select a trial date in the above-captioned matter.

DATE OF ENTRY
AUG 22 2001

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE