FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP -5 P 1: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY RILEY | CIVIL ACTION |
| versus | NO. 00-0046 |
| HMO LOUISIANA, INC. | SECTION "T" (1) |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 USC 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

8/29/01     Beverly Riley                         HMO Louisiana, Inc
Date        Plaintiff(s)                          Defendant(s)

DATE OF ENTRY
SEP 6  2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 34

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 USC 636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this ___ day of _September_, 2001.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE**

I certify that the signatures
affixed hereon represent the
consent of all parties to the suit.

_Joan C. Scull_
Deputy Clerk of Court