FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT -1 PM 4: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| | * | |
| VERSUS | * | SECTION "T" |
| | * | |
| HMO LOUISIANA, INC. AND SHIELA | * | MAG. (1) |
| LUMBI WIFE OF AND PAUL L. LUMBI | * | |
| D/B/A P& S HOME HEALTH SERVICES | * | JUDGE PORTEOUS |
| | * | |
| | * | MAGISTRATE SHUSHAN |

**MOTION AND ORDER FOR LEAVE TO FILE REPLY
TO OPPOSITION OF MOTION FOR SUMMARY JUDGMENT**

On Motion of defendant, HMO Louisiana ("Blue Cross"), and on suggesting to the Court that Plaintiff's filed their Memorandum in Opposition of Motion for Summary Judgment, which necessitates a reply by Blue Cross as set forth in Magistrate Shushan's Order dated August 22, 2001.

It is Ordered that Blue Cross be, and is hereby, granted leave to file a Reply to Plaintiff's Opposition of Blue Cross's Motion for Summary Judgment.

New Orleans, Louisiana, this _2_ of October, 2001.

DATE OF ENTRY

OCT 3 - 2001

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

STEEN, MCSHANE & WILLIAMSON, L.L.C.

By: _____
JOHN E.W. BAAY II (#22928)
1100 Poydras Street
1250 Energy Centre
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440
Facsimile: (504) 588-8459

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of October, 2001, served a copy of the foregoing pleading, by mailing the same by United States mail, properly addressed, and first class postage prepaid, or by hand delivery on counsel for all parties.

_____

-2-