

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 13 AM 8:52

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
DECEMBER 12, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY RILEY | CIVIL ACTION |
| VERSUS | NO: 00-0046 |
| HMO LOUISIANA, INC., ET AL | SECTION: "T"(1) |

Before the undersigned is the motion of the plaintiff, Beverly Riley, for summary judgment that was noticed for hearing on December 14, 2001. Rec. doc. 41. The defendant, HMO Louisiana, Inc. ("Blue Cross"), has requested a continuance until December 21, 2001, because it alleges that the motion was not timely served upon it. There are no pending deadlines in this matter and the parties consented to the trial of the case before the undersigned. Rec. doc. 34.

IT IS ORDERED that the hearing of Riley's motion for summary judgment (Rec. doc. 41) is CONTINUED and RESET for Wednesday, December 21, 2001, at 9:00 a.m. at which time it shall be heard on briefs and without oral argument.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
DEC 1 3 2001

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
Doc.No. 43