FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 18 PM 12: 07

LORETTA G. WHYTE
CLERK

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION   "T" |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |

* * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE OF COURT TO FILE
### REPLY MEMORANDUM TO DEFENDANT'S
### CROSS MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel comes Plaintiff, Beverly Riley, for the purpose of requesting leave of Court to file a reply memorandum to Defendant's Cross Motion for Summary Judgment.

This Motion is filed pursuant to the Court's Order of October 16, 2001, as amended, and it is filed for the purpose of seeking leave of Court to file a Reply Memorandum to Defendant's Cross Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests leave of Court to file a Reply Memorandum to Defendant's Cross Motion for Summary Judgment herein.

DATE OF ENTRY
DEC 2 7 2001



Respectfully submitted,

*/s/ Clement P. Donelon/*

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U S Mails, postage prepaid and properly addressed, on this 18th day of December 2001.

*/s/ Clement P. Donelon/*

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY RILEY | * | CIVIL ACTION NO. 00-0046 |
| VERSUS | * | SECTION   "T" |
| HMO LOUISIANA, INC., ET AL | * | MAG. (1) |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion, IT IS ORDERED that Plaintiff is GRANTED leave of Court to file a Reply Memorandum to Defendant's Cross Motion for Summary Judgment.

Signed this 21 day of December, 2001, New Orleans, Louisiana.

_____
Magistrate Judge