

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 15  AM 9:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY RILEY | CIVIL ACTION |
| VERSUS | NO: 00-0046 |
| HMO LOUISIANA, INC., ET AL | SECTION: "T"(1) |

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, HMO Louisiana, Inc., and against the plaintiff, Beverly Riley, dismissing her claims against HMO Louisiana, Inc. with prejudice and at her costs.

New Orleans, Louisiana, this 14 day of January, 2002.

_____
SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
JAN 1 6 2002

Fee _____
Process _____
X Dkd _____
CtRmDep _____
Doc.No. _____