

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEVERLY RILEY                                         CIVIL ACTION

VERSUS                                                NO: 00-0046

HMO LOUISIANA, INC., ET AL                            SECTION: "T"(1)

## JUDGMENT

On September 4, 2001, the parties consented to the trial of this action before a United States Magistrate Judge. Rec. doc. 34. Prior to such consent United States District Judge Porteous on the undersigned's report and recommendation (Rec. doc. 21) entered an order awarding the plaintiff, Beverly Riley, attorney's fees of $2,405.00 from the defendant, Paul L. Lumbi. Rec. doc. 25. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the plaintiff, Beverly Riley, and against the defendant, Paul L. Lumbi, for attorney's fees in the amount of $2,405.00.

New Orleans, Louisiana, this 30 day of January, 2002.

DATE OF ENTRY
JAN 3 1 2002

SALLY SHUSHAN
United States Magistrate Judge